**Derek TODD, Plaintiff–Appellant,**

v.

**Gary ICHIKAWA, Judge,
Defendant–Appellee.**

No. 12–16588.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Jan. 2, 2014.

Derek Todd, Vacaville, CA, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Derek Todd appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that Judge Ichikawa denied Todd visitation with his son during Easter in violation of Todd's constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii). *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed Todd's action because Judge Ichikawa is immune from liability. *See Mireles v.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Waco,* 502 U.S. 9, 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (judges are absolutely immune from suits for damages based on their judicial conduct except when performing nonjudicial functions or acting in the complete absence of jurisdiction).

**AFFIRMED.**